**Reginald LUCAS, Plaintiff–Appellant,**

v.

**Shelly BARNHILL; Larue Baker Hall, Defendants–Appellees.**

No. 04–6939.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2004.

Decided: Nov. 8, 2004.

Reginald Lucas, Appellant pro se.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Lucas appeals the district court's order denying relief on his *Bivens* complaint * under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Lucas v. Barnhill,* No. CA–04–87 (E.D.N.C. Apr. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).